No. 408, Misc.   GRAMMER *v.* MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.   *Joseph Sher-*

*bow* and *Theodore Sherbow* for petitioner. *Edward D. E. Rollins,* Attorney General of Maryland, *Ambrose T. Hartman,* Assistant Attorney General, and *Anselm Sodaro* for respondent.